```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
OLUSEYI ADENIJI.,                                     :
                                                      :
                              Plaintiff,              :
                                                      :              19-CV-8032 (VSB)
          -against-                                   :
                                                      :                   **ORDER**
                                                      :
THE HORMAN FIRM, LLP, CITY OF NEW                     :
YORK,                                                 :
                                                      :
                              Defendants.             :
------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

    I am in receipt of Plaintiff's January 3, 2020, letters opposing the motions to dismiss and amending the complaint. It is hereby,

    ORDERED that Defendant Harman Firm's request to apply the previously submitted motion to dismiss (Docs. 12-13) to the Amended Complaint is Granted. I also apply City of New York's previously submitted motion to dismiss (Docs. 16-17) to the Amended Complaint. Plaintiff has until February 18, 2020, to file a brief in opposition to these motions. Defendants reply briefs are due on or before March 3, 2020.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated: January 13, 2020
     New York, New York

                                                               Vernon S. Broderick
                                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2020