UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
OLUSEYI ADENIJI,                                       :
                                                       :
                                    Plaintiff,         :
                                                       :          19-CV-8032 (VSB)
                      - against -                      :
                                                       :          **ORDER**
                                                       :
THE HARMAN FIRM, LLP,                                  :
THE CITY OF NEW YORK,                                  :
                                                       :
                                    Defendants.        :
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       It is hereby ORDERED that Defendant City of New York shall file a response to

Plaintiff's motion to reinstate the Referral Order to Alternative Dispute Resolution, (Doc. 45), on

or before March 21, 2022.  The deadline for Defendants to filed its answer previously scheduled

for March 21, 2022, (*see* Doc. 43) is hereby ADJOURNED until I resolve the instant motion.

Dated:  March 9, 2022
      New York, New York

                                        Vernon S. Broderick
                                        United States District Judge