```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
OLUSEYI ADENIJI,                                            :
                                                            :
                                Plaintiff,                  :
                                                            :       19-cv-8032 (VSB)
                -against-                                   :
                                                            :            ORDER
THE CITY OF NEW YORK,                                       :
                                                            :
                                Defendant.                  :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

It is hereby ORDERED that in light of the public health crisis, the Court will not be holding an initial pretrial conference.

IT IS FURTHER ORDERED that, by April 25, 2022, Defendant shall confer with the pro se Plaintiff and submit a letter, not to exceed three (3) pages, providing the following information in separate paragraphs:

1. A brief description of the nature of the action and the principal defenses thereto;

2. A brief description of all contemplated and/or outstanding motions;

3. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

4. A brief description of prior mediation and/or settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

5. The estimated length of trial; and

6. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that, by April 25, 2022, Defendant shall confer with the pro se Plaintiff and submit to the Court a proposed case management plan and scheduling order. A

template for the order is available at http://nysd.uscourts.gov/judge/Broderick. The status letter and the proposed case management plan should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic Case Filing (ECF) Rules & Instructions, available at https://nysd.uscourts.gov/rules/ecf-relatedinstructions.

  The Clerk is respectfully directed to mail a copy of this order to the pro se Plaintiff.

SO ORDERED.

Dated:  April 4, 2022
    New York, New York

                 _____
                 Vernon S. Broderick
                 United States District Judge