UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
OLUSEYI ADENIJI,                                            :
                                                            :
                              Plaintiff(s),                 :
                                                            :
            -against-                                       :   1:19-CV-08032 (VSB)
                                                            :
                                                            :   **ORDER**
                                                            :
THE CITY OF NEW YORK,                                       :
                                                            :
                              Defendant(s).                 :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

The Clerk of the Court is respectfully directed to withdraw the order of reference for general pretrial to Magistrate Judge Cott.  (Doc. 61.)

SO ORDERED.

Dated:      August 22, 2022
            New York, New York

                                                    _____
                                                    Vernon S. Broderick
                                                    United States District Judge