

| | THE CITY OF NEW YORK | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX** <br> *Corporation Counsel* | **LAW DEPARTMENT** <br> 100 CHURCH STREET <br> NEW YORK, NY 10007 | **ZACHARY T. ELLIS** <br> *Assistant Corporation Counsel* <br> Labor and Employment Law Division <br> (212) 356-0839 <br> zellis@law.nyc.gov |

September 30, 2022

**Via ECF**
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.**  10/04/22
>
> The post-discovery conference is hereby adjourned to the November 18, 2022 at 3:00pm. The parties are to use the dial-in 888-363-4749 and access code 2682448. The parties are ordered to submit a joint letter to the Court by November 16, 2022 regarding the status of mediation. The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

      Re:    *Adeniji v. City of New York*
               Civil Case No. 1:19-CV-08032-VSB
               Law Dep't File No. 2019-065312

Dear Judge Broderick:

        I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing Defendant, the City of New York ("the City"), in the above-referenced matter. In accord with Your Honor's Individual Rules of Practice, I write to respectfully request on behalf of both the City and Pro-Se Plaintiff Oluseyi Adeniji that the post-discovery conference currently scheduled for 2:00 p.m. on October 14, 2022, be adjourned until after November 14, 2022. This is the parties' second request for an adjournment of the conference.

        The adjournment is being requested because the parties' first mediation session, which is scheduled for October 7, 2022, has now been rescheduled to November 14, 2022. Accordingly, the parties respectfully request that the Court adjourn the post-discovery conference until after they have had an opportunity to mediate this case.

                                                          Respectfully submitted,

                                                            /s/
                                                            Zachary T. Ellis
                                                            Assistant Corporation Counsel

cc:     Pro-Se Plaintiff Oluseyi Adeniji and all counsel of record (via ECF)