Case 1:19-cv-08032-VSB Document 69 Filed 11/18/22 Page 1 of 1



**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 11/18/2022

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **ZACHARY T. ELLIS**<br>*Assistant Corporation Counsel*<br>Labor and Employment Law Division<br>(212) 356-0839<br>zellis@law.nyc.gov |

November 15, 2022

**Via ECF**
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

      Re:   *Adeniji v. City of New York*
             Civil Case No. 1:19-CV-08032-VSB
             Law Dep't File No. 2019-065312

Dear Judge Broderick:

      I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing Defendant, the City of New York, in the above-referenced matter. In accordance with the Court's Order of October 4, 2022, (ECF No. 68), I submit this joint letter along with Susanne Toes Keane of NYLAG, settlement counsel to the Plaintiff, to advise the Court regarding the status of mediation. The parties mediated this case on November 14, 2022, and have reached a settlement-in-principle. The parties will submit a stipulation of dismissal, with prejudice, of this entire action once the necessary settlement documentation has been fully executed by the parties.

      Accordingly, the parties respectfully request that the post-discovery conference scheduled for November 18, 2022 be adjourned sine die. I thank the Court for its consideration of this request.

                              Respectfully submitted,

                              /s/
                              Zachary T. Ellis
                              Assistant Corporation Counsel

cc:     Pro-Se Plaintiff Oluseyi Adeniji and all counsel of record (via CM/ECF)